

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00221-CV

**THE CITY OF SAN ANTONIO BOARD OF ADJUSTMENT**,
Appellant

v.

Asher **REILLY** and Five Aces/SA, Ltd.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-18754
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED affirming the decision of the City of San Antonio Board of Adjustment. It is ORDERED that Appellant, The City of San Antonio Board of Adjustment, recover its costs of this appeal from Appellees, Asher Reilly and Five Aces/SA, Ltd.

SIGNED March 19, 2014.

_Karen Angelini_
Karen Angelini, Justice